# United States District Court

**District of Maryland**

**Complaint**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 OCT 18  PM 12: 29

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

Tamara Rouhi,

Plaintiff

V

Kettler,
Habitat America LLC,

Defendants

Case Number:

Case/Complaint Filed:

Exhibits Filed:

Civil Case.

Jury not requested.

## I.    Parties to this Complaint

**Plaintiff**

Tamara Rouhi

125 Fennington Circle

Owings Mills MD 21117

(410) 522-8217

**Defendant 1**

Kettler

8255 Greensboro Drive

Suite 200

McLean, VA 22102

(703) 641-9000

**Defendant 2**

Habitat America LLC

180 Admiral Cochrane Drive, Suite 200

Annapolis, MD 21401

1

(443) 716-2550

## II.    Basis for Jurisdiction

The basis for venue is Diversity Jurisdiction, Federal Question Jurisdiction, and Supplemental Jurisdiction.

## III.    Claims for Relief & Citations

I am a resident at Timbercroft Townhomes, which was owned by Kettler until mid 2016, when Habitat America took over the company. (*Exhibit:1*)

The injustices that I have experienced while living at Timbercroft Townhomes include, but are not limited to, Theft of artwork (18 U.S. § 668), Larceny (10 U.S. Code § 921-121), Embezzlement (18 U.S. Code § 641, 18 U.S. Code § 1012), Fraud (18 U.S. Code § 1001, 18 U.S. Code § 1002, MD § 8-501(1)), Breach of Contact (MD §22-701), Harassment (MD § 3-803), Stalking (MD § 3-802), Malicious Trespass (MD § 6-403), Exploitation of the poor and disabled (MD § 8-801), Interference with exercise of rights (MD § 20-708), Abuse of process, invasions of privacy, violations of rights granted by Maryland (MD Health-Gen Code § 24-505), violations of rights granted by America (the 4th amendment), and violations of the covenant of quiet enjoyment.

Timbercroft employees forced me to move to a subpar unit in the community through deceptive practices and intimidation, repeatedly robbed me, and subjected me to nonstop harassment and inhumane conditions. I was also subjected to ridiculous lease terms, while Timbercroft failed to hold up their end of the contract.

I don't feel like my home is mine, as Timbercroft employees entered it as they pleased, while simultaneously creating a constant threat of homelessness. They have created an extremely abusive and stressful environment, and continuously subjected me to reckless and negligent behavior. They have

prevented the enjoyment of my home, my community, and life in general. The emotional distress that they have caused is indescribable, and I would like to be compensated for being a victim of Timbercroft's crimes.

## IV.    Statement of Claim

### Section 1 - Theft

- I was forced to move to a new unit in the Timbercroft Townhomes community *(Exhibit:2)*, without agreement or the cease of my lease, during the end of October 2014.
- A few weeks before the move, I received a notice stating that Timbercroft employees were coming to my home for an inspection.
- When they came to my home for the inspection, I did not open the door, as it seemed unnecessary as I was about to move, and because I didn't consent to it. They were unable to get in because of a sliding lock that was placed on the door. Their response was to kick in the door, an example of the force and criminality that they use to get certain tenants to do what they want them to. A framed photo, that was on the wall next to the door, fell and shattered while they were kicking the door.
- When they entered the home, they proceeded to take photos of me and my mother's belongings.
- A few weeks after that, they sent a group of men and a truck to my home to pack up the belongings and move them from 102 Fennington Circle to 125 Fennington Circle.
- I have studied art since childhood and throughout college, and I have made thousands of art pieces in the process. During the move, hundreds of art pieces were stolen in the form of sketch books, drawing pads, paintings, and portfolios. These are irreplaceable.
- Because of the theft, I feel as though I am unable to move forward with my work professionally. So not only have I been robbed of some of my life's work, and my life trajectory, but I have been robbed of liberty.

3

- Artwork that was given to me during childhood is also missing, and is irreplaceable.

- In addition, a lot of art supplies were stolen.

- Binders full of college assignments and essays, where I had a very high GPA, are missing. I was very proud of those, and having them stolen was extremely hurtful. I am now no longer interested in completing my degree.

- Other items, like clothing, jewelry and other accessories, toys and sports equipment from my childhood, office supplies, home decor, kitchen items, and cleaning supplies, are also missing.

- A lot of the items that I did get back were damaged. These items include multiple furniture items, kitchen items, home decor, and electronics.

- In early 2015, men were sent to my home again, this time to move my mother's belongings to another unit in the community. Another opportunity for theft.

- While living in the new unit, bedding, clothing, and prescription medications have disappeared, and those are just the items that I've noticed.

### Section 2 - Moved to a Subpar Unit

- There was something wrong with almost everything in the new unit.

- My toilet was changed out several times, the shower fell apart *(Exhibits:3-4)*, liquid leaked from the vents *(Exhibits:5-6)*, the drains had a problem, and there was even an issue with the AC.

- There were periods of time when I only had cold water, and Timbercroft employees were constantly in and out of my home to fix the water heater. However, these were only temporary fixes, as the issue kept happening.

- The problem with the water heater escalated to the point where I had no water at all for almost a month *(Exhibits:7-10)*. During this time, Timbercroft employees constantly entered my home, often without notice, and messed with the water heater, but did not fix it.

- On one occasion, an employee was in my home for an excessive amount of time, on the phone with the water heater company's tech support line, but not following the instructions of the person on the phone.

- They eventually hired an independent contractor to come to my home and fix the water heater, who they had enter my home on 2 occasions, without warning, in the middle of August 2017.

<b>Section 3- Trespass</b>

- Timbercroft employees constantly entered my home with their copy of my house key, usually with no prior notice, and sometimes when I was sleeping or undressed. Some of the staff have said inappropriate things to me while they were in my home. I had to purchase a security camera in order to feel safe, which helped for a while, until it stopped working.

- When I did receive notice of entry, it was for unwanted things that often weren't required by my lease.

- For example, they had a large group of people come to my home to change the light bulbs in my personal lamps, despite telling the rental office staff that I was not interested a few days prior *(Exhibits: 14 & 11)*. They also brought an air conditioner filter with them, filter changes were not mentioned on the notice. When I refused to let them change the filter, it was thrown in my yard. *(Exhibits: 12-13)*

- On another occasion, they sent notice that someone was coming to alter my sink, and this person walked into my house, entered the kitchen, and then left my home without doing anything. *(Exhibit: 14)*

- They also sent exterminators to my home, on multiple occasions, to put roach bait in my kitchen despite the fact that I did not have roaches, and after telling them that I was not interested. Some of the notices claimed that it was against my lease to refuse this "treatment". *(Exhibits: 16-19)*

- My front door was replaced, around a year after I moved in, for no reason. There was nothing wrong with the previous door.

- They sent a man to my home to change the door hinges on my bedroom doors for no reason. There was nothing wrong with the door hinges that I had.

- They sent a man to my home to do something to the wiring of the light on my balcony, there was nothing wrong with the light.

- Section 20 of my lease states that the landlord will give proper notice and receive consent to enter my home, something that has not happened. *(Exhibit:110)*

**Section 4 - Harassment**

- They constantly left harassing papers on my door or in my mailbox.

- For example, they sent me a paper stating that their copy of my house key was bent, and that they needed mine to make a copy of *(Exhibit:20)*. I ignored this paper. Soon after, my house was entered into by Timbercroft employees, with a key.

- They continuously put papers on my door that said that I owed them rent, when I didn't *(Exhibits:22-30)*. One of the papers was for a month that hadn't even happened yet. *(Exhibit:23)*

- They constantly put inspection notices on my door, sometimes stating that they were going to enter my home anytime within an almost one-week period, and then they didn't show up. *(Exhibits:31-38)*

- They have also sent multiple notices that other companies, such the DHCD or HUD, are coming to inspect my home *(Exhibits:34-35)*. No one showed up.

- They gave me notice that they were coming to do an inspection on my birthday *(Exhibit:33)*, then no one showed up.

- In march of 2019, I received notice of an extermination appointment *(Exhibit:39)*. They came to my home, opened the door with a key, and I told the strangers "no thank you" and closed the door. An hour later, an inspection notice was put on my door *(Exhibit:40)*. When the "inspectors" came, I was undressed, and screamed for them to wait when they opened my front door with a key. This is not

the first time that this had happened. When I got to the door, I told them I was not interested. They yelled at me through the closed door, as if it were their right to enter my home. I then received a suspicious notice stating that they would be entering homes on weekends *(Exhibit:41)*. A few weeks later, I received a document asking me to call the rental office *(Exhibit:42)*. I did, and I was told that they must enter the unit. I explained that they weren't on my lease, and that they could not enter my home as they pleased, something I have done many times in the past.

- I continued to receive inspection notices after that, but they look just like all of the rest of them, so I will not include them in the exhibits, but there are multiple.

- They sent me a paper threatening to move me to another unit, again. *(Exhibits:43-44)*

- They put a moving company's card on my front door. *(Exhibit:45)*

- I'd call to make appointments with them, upon their request, and when I showed up, there was no appointment, and I had to make another. It got to the point that I had to have them write down the appointments so they couldn't say that I didn't have one. *(Exhibit:46)*

- They put an excessive amount of notices on my door that were about things that did not pertain to me, as well as notices that were simply unnecessary, or did not make sense. I do not have all of them, but I have a lot of them. *(Exhibits:47-66)*

- They put a life insurance flyer on my door along with a paper about a community program that not only did not pertain to me, but I had no previous knowledge of. *(Exhibits:55-56)*

- They put a pamphlet on my door stating that my lease/house rules had changed. The documents stated that the changes would be effective in September of 2019, despite the fact that nothing had been signed. I was not asked to sign anything regarding it when I went to the rental office for my 2020 lease, either. *(Exhibits:67-69)*

## Section 5- Finance and Contract

- At the end of 2015 and in beginning of 2016, I received notices about a Tax Recertification *(Exhibits:70-72)*. This had never been done before, I didn't remember it being mentioned in my lease, and the notices said odd things like "90 day annual recertification", so I ignored the papers. They eventually stopped sending them.

- They sent me two notices about a Resident Portal, and both of them included endorsements for pre-paid payment products. One of the notices claimed that the Resident Portal was now the only way that I could pay my rent *(Exhibits:73-74)*. My lease, however, only mentions checks *(Exhibit:75)*. It also mentioned that all service requests were to be made through the portal, but my lease says to contact the rental office *(Exhibit:76)*.

- I've gone to the office to sign my lease, and after signing it, I was sent papers saying that I needed to sign my lease *(Exhibit:84)*. I have 2 leases for 2018. *(Exhibits:95-98)*

- They send HUD recertification notices when I am not due for recertification *(Exhibits:78-87)*. I received a recertification notice on 9/1/16, the same day that I signed a lease *(Exhibits:78 & 89)*, and I continued to receive them *(Exhibits:79-81)* until I signed another lease on 1/31/17 *(Exhibit:91)*. In 2018, I started receiving recertification notices 6 months before the previous lease expired. *(Exhibits:85-87)*

- I went to the rental office to sign my new lease/recertify, on 11/19/2018 *(Exhibit:100)*, after their many requests to do so. The new lease, with a new rent amount, became effective on 1/1/19. However, my previous yearly lease, which became effective on 3/1/18 *(Exhibit:98)*, was obviously not over at that point. This created a confusing overlap, and a breach of contract.

- A similar breach of contract happened after signing a lease on 1/9/18, and then being asked to sign another lease, on 2/1/18, for a different rent amount. *(Exhibits: 95 & 98)*

- They constantly sent me papers threatening to raise my rent to random and unagreed upon amounts over $1,000. *(Exhibits:77-88)*

- They sent me a paper stating that they were raising my rent to $1,126 because of "my new employment". I hadn't received new employment. *(Exhibit:88)*

- My lease, and HUD regulations, say that my rent should be 10% of my income *(Exhibit:93)*, but my rent is over 30% of my income. 10% of my income for 2018, which was $675 *(Exhibit:94)*, would be $67.50. My rent was $203 before utility reductions *(Exhibit:96-98)*. 10% of my income for 2019, which was $740 *(Exhibit:99)*, would be $74, but my rent was $228 before utility reductions. *(Exhibit:102)*

- My utilities are individually metered, and because of this, any utility allowances granted to me are used as a reduction in rent. Because I am being overcharged rent, my utility allowance is not providing a reduction, its just providing Timbercroft with more money.

- I was constantly sent notices stating that there would be a utility allowance decrease, and that because of this decrease, they were raising my rent by a set amount of dollars *(Exhibits:103-108)*. These utility allowance decreases would not affect me mathematically if I were being charged the correct amount in rent. In addition, my rent should not increase if my income does not increase by at least $200, and if my income is decreased, there is supposed to be a decrease in my rent, as stated in my lease *(Exhibit:109)*. Lastly, any changes to my lease, or rent amount, are supposed to become active at the end of my lease term *(Exhibit:111)*.

- When I did receive my utility allowance, they would send me the same paper every month stating that my utility reimbursement check had been waiting in the office for over 30 days, that I needed to pick it up, and that I needed to recertify. It also stated that if I didn't do so, they would raise my rent *(Exhibit:112)*. When I'd go to the rental office, there was no recertification, they just had me sign a copy of the check *(Exhibit:113)*. Sometimes they would put this paper on my door after I had already gone the office to pick up the check, and on one occasion, after they randomly sent the check to me in the mail. *(Exhibit:114)*

• During my recertification/signing my lease for 2019, I was asked to sign a paper regarding asbestos. I have lived here a long time, and I had not been previously notified that there may be asbestos in my home. *(Exhibit:115)*

• I was also given a form about lead paint, another thing I was not aware of before signing my 2019 lease. *(Exhibit:116)*

• During the signing of my 2019 lease, they refused to give me a new copy of my model lease, which might not be important, as the previous model lease states that it will continue for successive terms of one year *(Exhibit:117)*. It was rude nonetheless.

• I was also given a Gas/Electric Utility Responsibility and Acknowledgement of Move in Inspection form during my 2019 recertification *(Exhibit:118)*. I hadn't just moved in, and I wasn't given a move-in inspection form, but I was asked to sign it anyway. It also states that I take on full responsibility for the payment of gas and electric charges, yet Timbercroft receives my utility allowances.

• I was given a Smoke-free and fire reduction policy form, which states that it was effective 7/1/16, but was not seen or signed until 11/19/18 *(Exhibits:119-120)*. The no smoking policy is not only a violation of a right under MD health code, but encourages tenants to pursue civil suits against other tenants who attempt to exercise that right. It also states that we cannot use candles, something that is needed during power outages. This is all done under threat of eviction.

• I was also given a drug free policy form, which states that "any guest or other person under the residents control shall not engage in criminal activity, including drug related activity, on or near project premises.", and that a violation of this is grounds for eviction *(Exhibit:121)* . Not only is no one under my control, but Timbercroft employees have violated this part of the contract by engaging in criminal activity.

• Commercial vehicles, that are not used by Timbercroft, are loudly driven and parked throughout the neighborhood without disturbance from security or any other Timbercroft employees. It got to the point that I had to file suit against one of them, something that Timbercroft should have done

10

for its tenants. This is a violation of Timbercroft's own towing policy *(Exhibit:122)*, and a violation of my lease's covenant of quiet enjoyment *(Exhibit:123)*.

- Part of my lease states that I cannot use the community pool *(Exhibit:123)*, despite the fact that its in the community for tenants to use, and I have received notices about it.

- My 2017 lease says that I never gave Timbercroft a security deposit, but they were given one. *(Exhibit:124)*

- My lease states that maintenance will regularly clean common areas, maintain the common areas in a safe condition, arrange for collection and removal of trash, maintain all equipment and appliances in safe and working order, and make necessary repairs with reasonable promptness, but not all of these things happen. *(Exhibits:124-125)*

## Section 6 - Misc Crimes

- On 4/6/18, I came home to my locks being changed, a damaged door *(Exhibit:126)*, and screws and debris on my porch. I called the emergency maintenance line to get into my home, who gave me only one copy of the new house key. Although there was minor damage to the outer door frame, the inner door frame was completely intact, so intact that a smaller, less secure lock could be placed on it. I called the police, who did nothing. *(Exhibit:128)*

- A few days later, on 4/9/18, my house was entered into, without notice, to replace the door *(Exhibit:129)*. I called the rental office and complained, yet they came back again the next day, still without notice, to paint the door. The independent contractor who was hired to paint the door also gave me my spare home key that day. The day after that, a Timbercroft employee came to my home to try to put different locks on the new door, without success. I am now stuck with a smaller lock, and had to deal with one of their employees for no reason.

- There was a hole that was created behind the door during the situation, which Timbercroft refused to fix. *(Exhibit:127)*

● Shortly after the door being changed, mold started growing around it *(Exhibit:130)*. I signed a mold policy paper which required that I tell them about mold *(Exhibit:131)*. I notified Timbercroft, and they sent people to my home to look at the mold on 11/26/18 and 12/10/18, but no one ever fixed it.

● On 4/27/18, Timbercroft Townhomes took me to court for repossession of the rental property, and money owed because of failure to pay rent. I paid all of my rent. At the court hearing, they requested a postponement, and at the next hearing, they dismissed the case on their own *(Exhibit:132-134)*. This was a waste of my time and transportation money.

● The Timbercroft maintenance employee who had come to my home a few weeks prior to attempt to change my locks was at the court house, walking around the lobby, even though he was not involved in the case.

● I continued to receive harassing non-payment notices from the rental office, even after the court hearing.

## Section 7- Amenities

● My lease says that I will not be provided with security *(Exhibit:135)*, yet there was a security car constantly in front of *(Exhibits:136-139)*, or behind my home *(Exhibits:140-144)*.

● The security guard has followed me around the community when I've gone for walks, going as far as stopping me and asking for personal information.

● On another occasion, 6/17/17, I saw a security guard park in front of my home, and walk around the corner. I then I received a phone call from a stranger. *(Exhibit:136)*

● Almost every time that I left my home, the security car was outside of it, as if they were there just to surveil me. This made me feel unsafe, uncomfortable, and angry.

● Community amenities are often not usable, and when they are, they are rarely sanitary.

- The laundry room machines often malfunction and are not kept clean. I had to wipe them before use, and sometimes I had to run the dryer twice. Despite this, they raised the price for their use. *(Exhibits:144-146)*

- They leave the swimming pool uncovered and half full of sludge for a while every summer before they clean it, which they do very poorly. *(Exhibit:147)*

- In 2018, the pool was opened sometime in June, and had malfunctioned by July, so it was full of brown water *(Exhibits:148-149)* . It was never fixed and reopened. It was just left that way before they eventually covered it at the end of the summer. That's what I had to see every time I left my home or looked out of the window, besides security of course.

- The one time that I did use the pool while living at this unit, which I did fully clothed, photos were taken of me by Timbercroft staff, and the security guard was in the pool area.

- Community areas, such as the pool, and the field next to it, are used by non-tenant groups, with no disturbance by Timbercroft staff *(Exhibits:150-151)*. This happened, even after Timbercroft sent out notices complaining about child tenants playing outside of these areas. *(Exhibit:53)*

- Timbercroft has lawn work done very early in the morning, and very regularly. This often disturbs my sleep. On one occasion, I saw a man drive back and forth over the lawns with what appeared to be a very loud mini dumper. Those don't mow lawns. *(Exhibits:152-153)*

- I had my bicycle on my balcony, and they sent me a notice stating that it was a violation of my lease to have it there. I removed the bicycle, but other tenants got to keep theirs on their balconies.

- I tried to grow some garlic plants on my balcony. Men with ladders and water hoses went onto my roof and hosed it down, something they had never done before, and something that hasn't happened since then. Dirt and debris covered my balcony, and I had to throw my plants away.

- The security was often parked across the street from my balcony, so going on to it became uncomfortable. They have made it very clear that they have an issue with me using my balcony, and I now simply don't use that part of my own home.

13

● There is a utility closet in the home, that is locked and I was not given a key to. The AC filter is located in it. The filter was offered to be changed only twice during my tenancy, and only actually changed once. I cant change it myself as I don't have a key to open it.

● The dumpster near my home is often too full to put trash in *(Exhibit:154)*, so I have to walk to other dumpsters in the community. There was a point that trash had been left in the dumper for so long, that maggot like bugs started living on it.

● On 1/3/19, I woke up to my water being shut off *(Exhibit:155)*. I called the rental office about it *(Exhibit:156)*, and they said that the county turned off the water because of an issue at the community across the street. I checked the county's website to see if there was any work in progress in my area, and there was not *(Exhibit:157)*. I believe that a Timbercroft employee turned off the main water line.

● Timbercroft Maintenance staff often ride around the community in golf carts during business hours *(Exhibits:158-159)*. On 12/14/17, at 1am, there was a Timbercroft golf cart parked at the housing community across the street *(Exhibits:160-161)*. That community is not operated by Timbercroft, Kettler, or Habitat America, so I found this to be alarming. It is not comforting to know that Timbercroft employees use Timbercroft equipment, after hours, and for their own use.

● I've seen Timbercroft employees enter tenant's homes while they weren't home, leaving the house keys in the door while they were inside. *(Exhibit:162)*

14

## V.    Relief Sought

In accordance with MD rule 2-305, the amount shall remain unspecified in this complaint, but I am requesting compensatory and punitive damages that exceed $75,000 from each defendant.

## VI.    Certificate of Service

The Defendants were served a Summons, Complaint, and Exhibits via USPS on:

Tamara Rouhi

Pro Se